# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

In re  Mark Joseph Criscuolo ,
       Debtor

Case No. 09-14063

Chapter 13

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 32571