## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

In re <u>Mark Joseph Criscuolo</u>                                    Case No. <u>09-14063</u>
          **Debtor**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br>14416 Clubhouse Rd<br>Gainesville VA 20155 | Fee Simple | | 425,000.00 | Exceeds Value |
| | | Total ➤ | 425,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  <u>Mark Joseph Criscuolo</u>                           Case No. <u>09-14063</u>
                    **Debtor**                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Wachovia Bank | | 300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture in my home<br>14416 Club House Rd<br>Gainesville, VA 20155 | | 600.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing Apparel | | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Insurance | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver 4.4-929 - 22571 - Adobe PDF*

In re   Mark Joseph Criscuolo                          Case No.   09-14063
        **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | H2H Holdings Ashland, VA | | 20,000.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer Contacts | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-737 - 33731 - Adobe PDF

In re  Mark Joseph Criscuolo
        **Debtor**

Case No.  09-14063
        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Lawn Tractor<br>Residence of Debtor(s) | | 0.00 |
| | | | | |
| | | 0    continuation sheets attached    Total | | $    21,400.00 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  <u>Mark Joseph Criscuolo</u>                            Case No.  <u>09-14063</u>
              **Debtor**                                                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Customer Contacts | Va. Code §34-4 | 0.00 | 0.00 |
| Wearing Apparel | Va. Code §34-26 (4) | 500.00 | 500.00 |
| Term Insurance | Va. Code §38.2--3811 | 0.00 | 0.00 |
| Furniture in my home | Va. Code §34-26 (4)(a) | 600.00 | 600.00 |
| Checking Account | Va. Code §34-4 | 300.00 | 300.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-737 - 23371 - Adobe PDF

In re    Mark Joseph Criscuolo        ,      Case No. 09-14063

         **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT UNCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9420142830702<br><br>SUNTRUST MTG<br>P.O. BOX 100100<br>ATLANTA, GA 30348<br><br>VALUE $      425,000.00 | | | Incurred: 11/2006<br>Lien: First Mortgage | | | | 470,591.00 | 470,591.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br><br>VALUE $ | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | <br><br>VALUE $ | | | | | |

   0    continuation sheets attached

Subtotal ➤ (Total of this page)    $ 470,591.00    $ 470,591.00

Total ➤ (Use only on last page)    $ 470,591.00    $ 470,591.00

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 25171 - Adobe PDF

In re __Mark Joseph Criscuolo_____ ,    Case No. ___09-14063_____
            Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver 4.4.9-737 - 32571 - Adobe PDF

In re   Mark Joseph Criscuolo _____ ,    Case No.   09-14063 _____
             Debtor                                                         (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0
___ **continuation sheets attached**

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 32571 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re  Mark Joseph Criscuolo                                      ,        Case No.  09-14063
                    Debtor                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 81984<br>5TH 3RD BK<br>38 FOUNTAIN SQ PL<br>CINCINNATI, OH 45202 | | | AMOUNT IS ORIGINAL LOAN AMOUNT CREDIT LINE CLOSED-CONSUMER REQUESTED-REPORTED BY SUBSCRIBER PAID ACCOUNT/ZERO BALANCE ACCOUNT/PAID SATISFACTORILY THIS IS AN ACCOUNT IN GOOD STANDING AUTO LOAN | | | | 0.00 |
| ACCOUNT NO. 494661463<br>ACS/B OF A<br>ACS EDUCATION SVCS<br>UTICA, NY 13501 | | | STUDENT LOAN | | | | 8,952.00 |
| ACCOUNT NO. 043702117015336442<br>AMEX<br>P.O. BOX 981537<br>EL PASO, TX 79998 | | | CREDIT CARD CANCELED BY CREDIT GRANTOR | | | | 0.00 |
| ACCOUNT NO. 1104182<br>BACHOMELOANS<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065 | | | HOME EQUITY LOAN CLOSED | | | | 0.00 |

13 continuation sheets attached

Subtotal $ 8,952.00

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Mark Joseph Criscuolo                    ,          Case No.  09-14063
_____                              _____
              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  42629590<br><br>BACHOMELOANS<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065 | | | CONVENTIONAL RE MORTGAGE CLOSED | | | | 0.00 |
| ACCOUNT NO.  5716107<br><br>BACHOMELOANS<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065 | | | CONVENTIONAL RE MORTGAGE CLOSED | | | | 0.00 |
| ACCOUNT NO.  423<br><br>BK OF AMER<br>4060 OGLETOWN/STAN<br>NEWARK, DE 19713 | | | CREDIT CARD<br>CANCELED BY CREDIT GRANTOR | | | | 0.00 |
| ACCOUNT NO.  5603<br><br>BK OF AMER<br>4060 OGLETOWN/STAN<br>NEWARK, DE 19713 | | | CREDIT CARD<br>CANCELED BY CREDIT GRANTOR | | | | 0.00 |
| ACCOUNT NO.  1731064434283<br><br>BK OF AMER<br>475 CROSSPOINT PKW<br>GETZVILLE, NY 14068 | | | AMOUNT IS ORIGINAL LOAN AMOUNT PAID ACCOUNT/ZERO BALANCE ACCOUNT/PAID SATISFACTORILY THIS IS AN ACCOUNT IN GOOD STANDING CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | 0.00 |

Sheet no.  1  of  13  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $  0.00

Total▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 23571 - Adobe PDF

In re  Mark Joseph Criscuolo _____ ,    Case No. __09-14063_____
_____Debtor_____                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4000668452 <br><br>BMW FIN SVC<br>5515 PARK CENTER C<br>DUBLIN, OH 43017 | | | AMOUNT IS ORIGINAL LOAN AMOUNT<br>PAID ACCOUNT/ZERO BALANCE<br>ACCOUNT/PAID SATISFACTORILY<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>LEASE | | | | 11,900.00 |
| ACCOUNT NO. 1478459912 <br><br>BRAZOS<br>501 BLEECKER ST<br>UTICA, NY 13501 | | | AMOUNT IS ORIGINAL LOAN AMOUNT<br>STUDENT LOAN - PAYMENT DEFERRED<br>OPEN ACCOUNT<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>EDUCATIONAL LOAN | | | | 4,875.00 |
| ACCOUNT NO. 1478459911 <br><br>BRAZOS<br>501 BLEECKER ST<br>UTICA, NY 13501 | | | AMOUNT IS ORIGINAL LOAN AMOUNT<br>PAID ACCOUNT/ZERO BALANCE<br>ACCOUNT/PAID SATISFACTORILY<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>EDUCATIONAL LOAN | | | | 0.00 |
| ACCOUNT NO. 494661462 <br><br>BRAZOS<br>P.O. BOX 16319<br>AUSTIN, TX 78761 | | | STUDENT LOAN | | | | 27,047.00 |
| ACCOUNT NO. 494661461 <br><br>BRAZOS<br>P.O. BOX 16319<br>AUSTIN, TX 78761 | | | STUDENT LOAN | | | | 13,740.00 |

Sheet no. _2_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 57,562.00
Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver 4.4-9-737 - 25271 - Adobe PDF

In re  Mark Joseph Criscuolo

Debtor

Case No.  09-14063

(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  601918039028 <br><br> CARECRD/GEMB <br> PO BOX 981439 <br> EL PASO, TX 79998 | | | CHARGE ACCOUNT | | | | 7,996.00 |
| ACCOUNT NO.  438857602354 <br><br> CHASE <br> BANK ONE CARD SERV <br> WESTERVILLE, OH 43081 | | | CREDIT CARD | | | | 14,290.00 |
| ACCOUNT NO.  438854001272 <br><br> CHASE <br> BANK ONE CARD SERV <br> WESTERVILLE, OH 43081 | | | CREDIT CARD | | | | 12,481.00 |
| ACCOUNT NO.  94700111632 <br><br> CHASE AUTO <br> 14800 FRYE ROAD <br> FORT WORTH, TX 76155 | | | AMOUNT IS ORIGINAL LOAN AMOUNT PAID ACCOUNT/ZERO BALANCE ACCOUNT/PAID SATISFACTORILY THIS IS AN ACCOUNT IN GOOD STANDING LEASE | | | | 0.00 |
| ACCOUNT NO.  330320 <br><br> CHEVY CHASE <br> 6200 CHEVY CHASE D <br> LAUREL, MD 20707 | | | LINE OF CREDIT CANCELED BY CREDIT GRANTOR | | | | 3,767.00 |

Sheet no.  3  of  13  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ | $ 38,534.00 |
| Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-717 - 32171 - Adobe PDF

In re  Mark Joseph Criscuolo                                    ,     Case No.  09-14063
_____
         Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 542267010171<br><br>CHITTENDEN<br>POB 6568<br>RUTLAND, VT 05702 | | | CREDIT CARD | | | | 0.00 |
| ACCOUNT NO. 412800392977<br><br>CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | | | CREDIT LINE CLOSED-CONSUMER REQUESTED-REPORTED BY SUBSCRIBER CLOSED ACCOUNT THIS IS AN ACCOUNT IN GOOD STANDING CREDIT CARD, TERMS REV | | | | 0.00 |
| ACCOUNT NO. 505752<br><br>CITI SHELL<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | | | CREDIT CARD | | | | 1,712.00 |
| ACCOUNT NO. 29185<br><br>CITI-SHELL<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | | | OPEN ACCOUNT THIS IS AN ACCOUNT IN GOOD STANDING CREDIT CARD, TERMS REV - TERMS OF 10 MEAN MONTHLY PAYMENT PLAN | | | | 0.00 |
| ACCOUNT NO. 14784599120<br><br>CITI/STDNT LN RSRC CNT<br>99 GARNSEY RD<br>PITTSFORD, NY 14534 | | | AMOUNT IS ORIGINAL LOAN AMOUNT STUDENT LOAN - PAYMENT DEFERRED OPEN ACCOUNT THIS IS AN ACCOUNT IN GOOD STANDING EDUCATIONAL LOAN | | | | 5,500.00 |

Sheet no. __4__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   7,212.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 25371 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark Joseph Criscuolo _____ ,    Case No. __09-14063_____
                    **Debtor**                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 14784599121 <br> CITI/STDNT LN RSRC CNT <br> 99 GARNSEY RD <br> PITTSFORD, NY 14534 | | | AMOUNT IS ORIGINAL LOAN AMOUNT STUDENT LOAN - PAYMENT DEFERRED OPEN ACCOUNT THIS IS AN ACCOUNT IN GOOD STANDING EDUCATIONAL LOAN | | | | 2,052.00 |
| ACCOUNT NO. 61184 <br> CRDT FIRST <br> POB 81083 <br> CLEVELAND, OH 44181 | | | CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 601100101351 <br> DISCOVER FIN <br> POB 15316 <br> WILMINGTON, DE 19850 | | | CREDIT CARD ACCOUNT CLOSED BY CONSUMER | | | | 798.00 |
| ACCOUNT NO. 11916172 <br> DSNB MACYS <br> 9111 DUKE BLVD <br> MASON, OH 45040 | | | CHARGE ACCOUNT | | | | 1,120.00 |
| ACCOUNT NO. 424263829 <br> DSNB MACYS <br> 9111 DUKE BLVD <br> MASON, OH 45040 | | | CHARGE ACCOUNT | | | | 0.00 |

Sheet no. _5_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 3,970.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Mark Joseph Criscuolo_____,  Case No. __09-14063_____
            Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10000001119021010<br><br>F&M PEOPLES<br>21 MAIN ST<br>WARRENTON, VA 22186 | | | UNKNOWN<br>CLOSED | | | | 0.00 |
| ACCOUNT NO.  10000001119021020<br><br>F&M PEOPLES<br>21 MAIN ST<br>WARRENTON, VA 22186 | | | SECURED<br>CLOSED | | | | 0.00 |
| ACCOUNT NO.  0325<br><br>FIA CSNA<br>4060 OGLETOWN/STAN<br>NEWARK, DE 19713 | | | CREDIT CARD | | | | 0.00 |
| ACCOUNT NO.  5039122<br><br>GEMB/HECHING<br>P.O. BOX 981400<br>EL PASO, TX 79998 | | | CHARGE ACCOUNT<br>CLOSED | | | | 0.00 |
| ACCOUNT NO.  462256<br><br>GEMB/JCP<br>PO BOX 981402<br>EL PASO, TX 79998 | | | OPEN ACCOUNT<br>CURRENT ACCOUNT/WAS 30 DAYS<br>PAST DUE DATE<br>REVOLVING CHARGE ACCOUNT | | | | 0.00 |

Sheet no. __6__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                        Subtotal➤    $    0.00

                        Total➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

BankruptcyJ2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 32571 - Adobe PDF

In re __Mark Joseph Criscuolo_____,  Case No. __09-14063_____
        **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 798192447070<br><br>GEMB/LOWES<br>PO BOX 981400<br>EL PASO, TX 79998 | | | CHARGE ACCOUNT | | | | 2,183.00 |
| ACCOUNT NO. 798192447263<br><br>GEMB/LOWES<br>PO BOX 981400<br>EL PASO, TX 79998 | | | CHARGE ACCOUNT | | | | 1,499.00 |
| ACCOUNT NO. 4720192625<br><br>GUARANTY BNK<br>8333 DOUGLAS AVE<br>DALLAS, TX 75225 | | | CONVENTIONAL RE MORTGAGE CLOSED | | | | 0.00 |
| ACCOUNT NO. 5473751108<br><br>HSBC MORTGAGE CORP USA<br>2929 WALDEN AVE<br>DEPEW, NY 14043 | | | AMOUNT IS ORIGINAL LOAN AMOUNT TRANSFERRED TO ANOTHER LENDER OR CLAIM PURCHASED ACCOUNT TRANSFERRED TO ANOTHER OFFICE THIS IS AN ACCOUNT IN GOOD STANDING REAL ESTATE MORTGAGE - WITH OR WITHOUT OTHER COLLATERAL  USUALLY A SECOND MORGAGE | | | | 0.00 |
| ACCOUNT NO. 5473736490<br><br>HSBC MORTUSA<br>POB 4604<br>BUFFALO, NY 14240 | | | CONVENTIONAL RE MORTGAGE CLOSED | | | | 0.00 |

Sheet no. _7_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,682.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.9-737 - 33571 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark Joseph Criscuolo _____,  Case No. ___09-14063_____
                    Debtor                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  541601-1110170173<br><br>HSBC/MITSU<br>90 CHRISTIANA ROAD<br>NEW CASTLE, DE 19720 | | | CHARGE | | | | 0.00 |
| ACCOUNT NO.  54160111017<br><br>HSBC/MITSU<br>POB 15521<br>WILMINGTON, DE 19805 | | | OPEN ACCOUNT<br>CURRENT ACCOUNT/WAS 30 DAYS<br>PAST DUE DATE<br>REVOLVING CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO.  4910021<br><br>HSBC/NEIMN<br>POB 15521<br>WILMINGTON, DE 19805 | | | CHARGE ACCOUNT | | | | 3,626.00 |
| ACCOUNT NO.  2736060901736281<br><br>HSBC/OFMAX<br>PO BOX 15221<br>WILMINGTON, DE 19850 | | | INACTIVE ACCOUNT<br>THIS IS AN ACCOUNT IN GOOD<br>STANDING<br>REVOLVING CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO.  523634-2101394600<br><br>HSBC/RMSTR<br>2700 SANDERS ROAD<br>PROSPECT HEIGHTS, IL 60070 | | | CHARGE | | | | 0.00 |

Sheet no. _8_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal➤ | $ | 3,626.00 |
| Total➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupty 2009 ©1991-2009, New Hope Software, Inc. - ver 4.4 6-737 - 33571 - Adobe PDF

In re ___Mark Joseph Criscuolo_____,    Case No. ___09-14063_____
               Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 701115210139<br><br>HSBC/RMSTR<br>POB 15521<br>WILMINGTON, DE 19805 | | | OPEN ACCOUNT<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>REVOLVING CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 6683002593808<br><br>INDYMAC-HLS<br>ONE NATIONAL CITY<br>KALAMAZOO, MI 49009 | | | Incurred: 12/2006<br>Consideration: Home loan | | | | 103,831.00 |
| ACCOUNT NO. 6003319277487250<br><br>JOHN DEERE CREDIT<br>PO Box 650215<br>Dallas, TX 75265-0215 | | | Consideration: Credit cards | | | | 6,500.00 |
| ACCOUNT NO.<br><br>JOHN DEERE CREDIT<br>PO Box 650215<br>Dallas, TX 75265-0215 | | | | | | | 6,500.00 |
| ACCOUNT NO. 4784599170<br><br>JPMORGAN CHASE BANK, N<br>PO BOX 6004<br>RIDGELAND, MS 39158 | | | AMOUNT IS ORIGINAL LOAN AMOUNT<br>STUDENT LOAN - PAYMENT DEFERRED<br>OPEN ACCOUNT<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>UNSECURED LOAN | | | | 31,528.00 |

Sheet no. _9_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 148,359.00

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 33571 - Adobe PDF

In re <u>Mark Joseph Criscuolo</u>,                    Case No. <u>09-14063</u>
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 125011<br><br>KINGS JLRY<br>26 E WASHINGTON<br>NEW CASTLE, PA 16101 | | | CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 5320235004<br><br>MACYS/FDSB<br>13141 34 ST N<br>CLEARWATER, FL 34622 | | | | | | | 0.00 |
| ACCOUNT NO. 119161727330<br><br>MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | | | OPEN ACCOUNT<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>REVOLVING CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 1000181047942<br><br>MELLON BK-W<br>PO BOX 149<br>PITTSBURGH, PA 15230 | | | AMOUNT IS ORIGINAL LOAN AMOUNT<br>PAID ACCOUNT/ZERO BALANCE<br>ACCOUNT/PAID SATISFACTORILY<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>SECURED LOAN | | | | 0.00 |
| ACCOUNT NO. 1009851084750<br><br>MELLON BK-W<br>PO BOX 149<br>PITTSBURGH, PA 15230 | | | AMOUNT IS ORIGINAL LOAN AMOUNT<br>PAID ACCOUNT/ZERO BALANCE<br>ACCOUNT/PAID SATISFACTORILY<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>SECURED LOAN | | | | 0.00 |

Sheet no. <u>10</u> of <u>13</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ► | $ | 0.00 |
|---|---|---|---|
| | Total ► | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2009 ©1991-2009; New Hope Software, Inc.; ver 4 4.9-737 - 32571 - Adobe PDF

In re  Mark Joseph Criscuolo _____ ,        Case No. ___09-14063_____
            **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 713242003 <br><br> MORTGAGE IT <br> 3451 HAMMOND AVE <br> WATERLOO, IA 50704 | | | SECURED MORTGAGE <br> TRANSFERRED TO ANOTHER LENDER | | | | 0.00 |
| ACCOUNT NO. 601154920252 <br><br> NTB/CBSD <br> PO BOX 6497 <br> SIOUX FALLS, SD 57117 | | | CHARGE ACCOUNT <br> CANCELED BY CREDIT GRANTOR | | | | 0.00 |
| ACCOUNT NO. 3002008209285689 <br><br> PNC BANK <br> 2730 LIBERTY AV <br> PITTSBURGH, PA 15222 | | | AUTOMOBILE <br> CLOSED | | | | 0.00 |
| ACCOUNT NO. 2002512002610 <br><br> SKY BANK <br> 119 E FIFTH STREET <br> EAST LIVERPOOL, OH 43920 | | | SECURED <br> CLOSED | | | | 0.00 |
| ACCOUNT NO. 5012733 <br><br> SUNOCO/CITI <br> PO BOX 6497 <br> SIOUX FALLS, SD 57117 | | | CREDIT CARD <br> CLOSED | | | | 0.00 |

Sheet no. _11_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

BankruptcyS 2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 22571 - Adobe PDF

In re <u>Mark Joseph Criscuolo</u> ,          Case No. <u>09-14063</u>
            Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 603532010259<br><br>THD/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | | | CHARGE ACCOUNT<br>CANCELED BY CREDIT GRANTOR | | | | 0.00 |
| ACCOUNT NO. 10070000128<br><br>WACHDFS<br>POB 3117<br>WINSTON SALEM, NC 27102 | | | AUTOMOBILE<br>CLOSED | | | | 0.00 |
| ACCOUNT NO. 438654521012<br><br>WACHOV/FTU<br>PO BOX 3117<br>WINSTON SALEM, NC 27102 | | | HOME EQUITY LOAN<br>ACCOUNT CLOSED BY CONSUMER | | | | 0.00 |
| ACCOUNT NO. 5120014081004<br><br>WACHOVIA<br>794 DAVIS CT<br>SAN LEANDRO, CA 94577 | | | AMOUNT IS ORIGINAL LOAN AMOUNT<br>PAID ACCOUNT/ZERO BALANCE<br>ACCOUNT/PAID SATISFACTORILY<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>CONVENTIONAL REAL ESTATE LOAN, INCLUDING<br>PURCHASE MONEY FIRST | | | | 0.00 |
| ACCOUNT NO. 431243045349<br><br>WACHOVIA CC<br>PO BOX 3117<br>WINSTON SALEM, NC 27102 | | | CREDIT CARD | | | | 10,240.00 |

Sheet no. <u>12</u> of <u>13</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 10,240.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver 4.4.9-737 - 22571 - Adobe PDF

In re <u>Mark Joseph Criscuolo</u> , Case No. <u>09-14063</u>
 **Debtor** **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 32040100000 <br><br> WACHRL <br> POB 3117 <br> WINSTON SALEM, NC 27102 | | | CONVENTIONAL RE MORTGAGE CLOSED | | | | 0.00 |
| ACCOUNT NO. 79002863839 <br><br> WFNNB/SERVICE MERCH PR <br> PO BOX 2974 <br> SHAWNEE MISSION, KS 66201 | | | INACTIVE ACCOUNT <br> THIS IS AN ACCOUNT IN GOOD STANDING <br> REVOLVING CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. <u>13</u> of <u>13</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ | $ | 0.00 |
| Total ▶ | $ | 282,137.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re <u>Mark Joseph Criscuolo</u>  Case No. <u>09-14063</u>
             Debtor                               (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6H (Official Form 6H) (12/07)

In re   Mark Joseph Criscuolo                          Case No.        09-14063
                    **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re _Mark Joseph Criscuolo_       Case   09-14063
        **Debtor**                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): daughter, son, son | AGE(S): 15, 20, 9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | sales | |
| Name of Employer | self | |
| How long employed | 2 yrs, 0 mos | |
| Address of Employer | 305 ashcake rd | N.A. |
| | ashland, VA 23005 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $ 11,000.00 | $ N.A. |
| 2. Estimated monthly overtime | | $ 0.00 | $ N.A. |
| 3. SUBTOTAL | | $ 11,000.00 | $ N.A. |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | | $ 0.00 | $ N.A. |
|    b. Insurance | | $ 0.00 | $ N.A. |
|    c. Union Dues | | $ 0.00 | $ N.A. |
|    d. Other (Specify:_____) | | $ 0.00 | $ N.A. |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ N.A. |
| 6.. TOTAL NET MONTHLY TAKE HOME PAY | | $ 11,000.00 | $ N.A. |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ N.A. |
| 8. Income from real property | | $ 0.00 | $ N.A. |
| 9. Interest and dividends | | $ 0.00 | $ N.A. |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ N.A. |
| 11. Social security or other government assistance ( Specify) _____ | | $ 0.00 | $ N.A. |
| 12. Pension or retirement income | | $ 0.00 | $ N.A. |
| 13. Other monthly income_____ | | $ 0.00 | $ N.A. |
|    (Specify) _____ | | $ 0.00 | $ N.A. |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ N.A. |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | | $ 11,000.00 | $ N.A. |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | | $ 11,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None

BankruptcyPRO 2009 ©1991-2009, New Hope Software, Inc. - ver 4 4.9-737 - 32571 - Adobe PDF

In re  Mark Joseph Criscuolo
_____
              Debtor

Case No.  09-14063
_____
             (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
| a. Are real estate taxes included?  Yes _____  No ✓ | |
| b. Is property insurance included?  Yes ✓  No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 180.00 |
| b. Water and sewer | $ 50.00 |
| c. Telephone | $ 180.00 |
| d. Other  gas | $ 180.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 300.00 |
| 6. Laundry and dry cleaning | $ 62.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 400.00 |
| 10. Charitable contributions | $ 250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 50.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 0.00 |
| e. Other____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) ____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other ____ | $ 0.00 |
| c. Other ____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 3,500.00 |
| 15. Payments for support of additional dependents not living at your home | $ 1,100.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other ____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, | $ 6,952.00 |

if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

None

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 11,000.00 |
| b. Average monthly expenses from Line 18 above | $ 6,952.00 |
| c. Monthly net income (a. minus b.) | $ 4,048.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 23251 - Adobe PDF

# United States Bankruptcy Court
## Eastern District of Virginia

In re   Mark Joseph Criscuolo

_____

Debtor

Case No.   __09-14063__

Chapter   __13__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 425,000.00 | | |
| B – Personal Property | YES | 3 | $ 21,400.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 470,591.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 282,137.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 11,000.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 6,952.00 |
| TOTAL | | 26 | $ 446,400.00 | $ 752,728.00 | |

Bankruptcy 2009 ©1991-2009, New Hope Software, Inc. - ver 4.4.9-737 - 32571 - Adobe PDF

# United States Bankruptcy Court
## Eastern District of Virginia

In re  Mark Joseph Criscuolo          Case No.  09-14063
                    Debtor

                                      Chapter      13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the Following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 11,000.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 6,952.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ | 10,000.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 470,591.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 282,137.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 752,728.00 |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

In re   Mark Joseph Criscuolo                          ,
                        Debtor

Case No.   09-14063

Chapter   13

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|

B6 (Official Form 6 - Declaration) (12/07)

Mark Joseph Criscuolo

In re _____     Case No. 09-14063
                    **Debtor**                                     (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __June 9, 2009__          Signature: __/s/ Mark Joseph Criscuolo__
                                                         Debtor

Date _____          Signature: ____Not Applicable____
                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____        _____
   Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                                  _____
                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.