UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

_____ Division

In re

Case No.

Debtor(s)   Chapter 13

ORDER DENYING CONFIRMATION
AND DIRECTING CLERK TO DISMISS CASE IF
CONDITIONS OF LOCAL BANKRUPTCY RULE 3015-2 ARE NOT MET

Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

**ORDERED** that confirmation of the debtor's plan filed _____, is denied; and it is further

**ORDERED** that <u>unless the Court has entered an order previously confirming a Chapter 13 Plan,</u> the Clerk is directed to dismiss the Chapter 13 case unless, within **21 days** from this Order, the debtor takes one of the actions enumerated in Local Bankruptcy Rule 3015-2; and it is further

**ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

_____
United States Bankruptcy Judge

Date: _____

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
_____

[odn13con ver. 12/09]