UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re:  Mark J. Criscuolo | ) ) ) ) ) ) | Case No: 09-14063-SSM<br>Chapter 13 |
| Debtor. | | |
| _____ | | |

### ORDER APPROVING PROPOSED
### LOAN MODIFICATION AGREEMENT WITH SUNTRUST BANK

Mark J. Criscuolo, the debtor in the above-captioned case, ("Debtor"), filed a Motion and Memorandum to Approve Proposed Loan Modification Agreement ("Motion to Approve") [doc. 66] on January 8, 2010. The Motion to Approve seeks to modify the existing mortgage agreement on the primary residence of the Debtor between himself and Suntrust Mortgage Inc. The Court conducted a hearing on January 27, 2010. The Chapter 13 Trustee did not offer an opposition. For reasons stated on the record and good cause shown, it is hereby,

ORDERED that Mark J. Criscuolo and Suntrust Mortgage Inc. be permitted to modify the existing mortgage agreement on the property located at 14416 Clubhouse Road in Gainesville, Virginia with the following terms:

1. Capitalize the arrearages and late fees and penalties of $24,337.21 into the new loan..

2. Reduce and fix the interest rate from 6.125% to 5.500%.

3. Maintain the original maturity date at December 1, 2036.

1

4. Increase the monthly payments marginally to $3,581.56 a month from $3555.07 a month (including escrow).

AND FURTHER ORDERED the clerk shall mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____           Signed: _____
                                   Stephen S. Mitchell
                                   U.S. Bankruptcy Judge

WE ASK FOR THIS:

/s/ Martin C. Conway
Martin C. Conway (VSB No. 34334)
James T. Tsai (VSB No. 76141)
PESNER KAWAMOTO CONWAY, PLC
7926 Jones Branch Drive, Suite 930
McLean, VA 22102
(703) 506-9440 (telephone)
(703) 506-0929 (facsimile)

Copies to:

Martin C. Conway, Esquire
Pesner Kawamoto Conway, PLC
7926 Jones Branch Dr. Suite 930
McLean, VA 22102
*Counsel for the debtors*

Mark J. Criscuolo
14416 Clubhouse Road
Gainesville Rd, 20155
*Debtor*

Thomas P. Gorman, Esquire
300 N. Washington St., Suite 400
Alexandria, VA 22314
*Chapter 13 Trustee*