March 24, 2010

STM Loan Number: 0142830702
Debtor: MARK J CRISCUOLO
Address: 14416 Clubhouse Road
Gainesville, VA 20155

Bankruptcy Case Number # 09-14063

Dear Bankruptcy Court,

Please withdraw claim number #8 on the above case as it was filed in error.

Thank you for your prompt attention to this matter. Should you have any question
Please call our Bankruptcy Department at 1-800-443-1032

Sincerely,

SunTrust Mortgage
Bankruptcy Department