UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In the Matter of:

MARK JOSEPH CRISCUOLO
    Debtor

Chapter 13

Case No. 09-14063-SSM

## CONDITIONAL ORDER CONFIRMING MODIFIED PLAN

    The Modified Chapter 13 Plan filed by Mark Joseph Criscuolo on February 4, 2010, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
    (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

    **It is further ORDERED that:**

1

**Order Confirming Plan**
Mark Joseph Criscuolo
**Case #09-14063-SSM**

       1.      On June 20, 2009, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $397.30 per month for 8 months and then $550.00 per month for the remaining 52 months of the Plan. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.
       2.      Plan is conditionally confirmed upon a judgment in favor of the Debtor in Adversary Proceeding No. 09-1255 determining OneWest's claim to be unsecured.
       3.      The Debtor(s) shall comply with the agreed modifications of page three of the Order Confirming Plan.

Dated: _____
                                                                         _____
                                                                         Stephen S. Mitchell
                                                                          United States Bankruptcy Judge

Confirmation Recommended.

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter Trustee

**ADDENDUM TO PLAN AND CONSENT ORDER CONFIRMING PLAN, page 3**
**Chapter 13 Case 09-14063-SSM**
**Mark Joseph Criscuolo**

      The Debtor(s) shall furnish the Trustee annual federal and state income tax returns within forty five (45) days of the due date of such returns for each year of the Chapter 13 case, plus federal and state income tax refunds in the excess of $250.00 per annum unless otherwise ordered by this Court. In addition, the Debtor shall furnish the Trustee any such amount(s) as are hereafter determined by the Court to be disposable income of the Debtor(s) during the pendency of this proceeding and any additional information as the Trustee may require for determination of the DebtorsDdisposable income.

      _/s/ Mark Joseph Criscuolo_____
      Mark Joseph Criscuolo

      __/s/ Martin C. Conway_____
      Martin C. Conway

      __/s/Thomas P. Gorman_____
      Thomas P. Gorman

**Order Confirming Plan**
Mark Joseph Criscuolo
**Case #09-14063-SSM**


**PARTIES TO RECEIVE COPIES**


Mark Joseph Criscuolo
Chapter 13 Debtor
14416 Club House Road
Gainesville, VA 20155


Martin C. Conway
Attorney for Debtor
7926 Jones Branch Drive, Ste. 930
Mclean, VA 22102


Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314