UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

MARK JOSEPH CRISCUOLO

Debtor

Chapter 13

Case No. 09-14063-SSM

## **WITHDRAWAL**

      I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw this Trustee's Motion to Dismiss filed with this Court on the above captioned matter and scheduled for hearing on May 12, 2010.

\_May 11, 2010 _____  
Dated

\_/s/ Thomas P. Gorman _____  
Thomas P. Gorman  
Chapter 13 Trustee  
300 N. Washington Street, #400  
Alexandria, VA  22314  
(703) 836-2226  
VSB #26421

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 11th day of May, 2010 mailed a true copy of the foregoing Withdrawal to the following parties.

Mark Joseph Criscuolo  
Chapter 13 Debtor  
14416 Club House Road  
Gainesville, VA  20155

James T. Tsai  
Attorney for Debtor  
Penser Kawamoto Conway  
7926 Jones Branch Dr., Ste. 930  
Mclean, VA  22102-3303

    \_\_\_/s/ Thomas P. Gorman _____  
    Thomas P. Gorman